NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHEN W. GINGERY,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

---

2010-3123

---

Petition for review of the Merit Systems Protection Board in case no. CH3330080673-I-2.

---

**ON MOTION**

---

**ORDER**

Upon consideration of the motion to withdraw Henry C. Su as principal counsel for Stephen W. Gingery,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) New counsel for Stephen W. Gingery should promptly enter an appearance, if they have not already done so.

FOR THE COURT

**JAN 2 5 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Henry C. Su, Esq.
     Dawn E. Goodman, Esq.
     Richard S.J. Hung, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 25 2011

JAN HORBALY
CLERK